UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE                                                    Case No. 06-40437
                                                         Chapter 7
                                                         Judge Tucker

Michele Watson
       **Debtor**
_____/

**WALTER A. METZEN ( P49779)**
Attorney for Debtor(s)
3156 Penobscot Building
645 Griswold Street
Detroit MI 48226
(313) 962-4656
_____/

**EX PARTE MOTION TO REOPEN BANKRUPTCY CASE TO ALLOW DEBTOR TO FILE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS SO THAT DISCHARGE ORDER MAY BE ENTERED**

**NOW COME(S)** the debtor(s), by and through attorney Walter Metzen, and state(s) to the Court as follows:

1. That debtor(s) Michele Watson filed this case on January 13, 2006.

2. That the Certification Regarding Domestic Support was not filed in a timely manner resulting in the case being Closed without Discharge. The specific reason for the failure to timely file the Certificate was due to a clerical error. The debtor did in fact complete her e Certificate however it was not timely filed under the "new local rules" timeline.

   **WHEREFORE,** Debtor(s) request(s) that the Bankruptcy Case be Reopened for the purpose of Allowing the Debtor to File Certification Regarding Domestic Support so that a Discharge Order may be Entered by the Court.

    _____/s/ Walter A. Metzen_____
**WALTER A. METZEN ( P49779)**
Attorney for Debtor
3156 Penobscot Building
645 Griswold Street
Detroit MI 48226


DATED: October 9, 2008

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE                                                                Case No.: 06-40437
                                                                     Chapter 7
                                                                     Judge Tucker

Michele Watson

**Debtor**
_____/
**WALTER A. METZEN ( P49779)**
Attorney for Debtor
3156 Penobscot Building
645 Griswold Street
Detroit MI 48226
(313) 962-4656
_____/

## NOTICE OF TIME TO FILE A RESPONSE TO MOTION

Michele Watson has filed papers with the Court to be allowed
**TO REOPEN BANKRUPTCY CASE TO ALLOW DEBTOR TO FILE CERTIFICATION OF DOMESTIC SUPPORT SO THAT DISCHARGE ORDER MAY BE ENTERED**
<u>Your rights may be affected.</u>  **You should read these papers carefully and discuss them with you attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, within 15 days, you or your attorney must:
1. File with the Court a written response or an answer, explaining your position at:
    **United States Bankruptcy Court**
    **211 West Fort Street, Suite 2100**
    **Detroit MI 48226**
    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.
You must also mail a copy to :        **WALTER A. METZEN ( P49779)**
                                      Attorney for Debtor(s)
                                      3156 Penobscot
                                      645 Griswold
                                      Detroit MI 48226
                                      (313) 962-4656

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.
**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought on the motion and may enter an order granting that relief.**


_____**/s/ Walter A. Metzen**_____
**WALTER A. METZEN ( P49779)** Attorney for Debtor
3156 Penobscot Building
645 Griswold Street
Detroit MI 48226
(313) 962-4656


DATED: October 9, 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE  Case No. 06-40437
Chapter 7
Judge Tucker

Michele Watson

**Debtor**
_____/

**WALTER A. METZEN ( P49779)**
Attorney for Debtor
3156 Penobscot Building
645 Griswold Street
Detroit MI 48226
(313) 962-4656

## PROOF OF SERVICE

The undersigned certifies that on October 9, 2008 he served the US Trustee, the Interim Trustee and the affected creditors, listed below and/or on the attached sheet, by placing copies of the attached in sealed envelopes addressed to the respective parties, with adequate postage thereon and dropping same into a United States mail box or via electronic means via CM/ECF.

| | |
|---|---|
| US Trustee | Tammy L Terry |
| Suite 700 | Chapter 13 Trustee |
| 211 West Fort Street | Suite 2100 |
| Detroit MI 48226 | 535 Griswold |
| | Detroit, MI 48226 |

_____/s/ Walter A. Metzen_____
**WALTER A. METZEN ( P49779)**
Attorney for Debtor(s)
3156 Penobscot Building
645 Griswold Street
Detroit MI 48226
(313) 962-4656

DATED: October 9, 2008

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 06-40437-tjt<br>Eastern District of Michigan<br>Detroit<br>Thu Oct  9 12:49:44 EDT 2008 | Chrysler Financial<br>PO Box 225<br>Royal Oak MI 48068-0225 | Chrysler Financial Co<br>Payment Processing Center<br>Department 0050<br>Palatine IL 60055-0050 |
| Chrysler Financial Co. LLC<br>PO Box 551080<br>Jacksonville FL 32255-1080 | Countrywide Home Loans<br>Attn: Customer Service<br>PO Box 5170<br>Simi Valley CA 93062-5170 | GE CONSUMER FINANCE<br>GE CONSUMER FINANCE<br>PO BOX 960061<br>ORLANDO , FL 32896-0061 |
| GE Money Bank<br>PO Box 960061<br>Orlando FL 32896-0061 | GE Money Bank<br>PO Box 981127<br>El Paso TX 79998-1127 | Holzman, Ritter & Leduc, PLLC<br>28366 Franklin Road<br>Southfield, MI 48034-5503 |
| Home Depot Processing Center<br>PO Box 689100<br>Des Moines IA 50368-9100 | Household Bank (SB), N.A. (Art Van)<br>eCast Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | LVNV Funding LLC., its successors and assign<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Marshall Field's<br>PO Box 66955<br>St Louis, MO 63166 | Marshall Field's Collection Department<br>111 Boulder Industrial Drive<br>Bridgeton MO 63044-1241 | Walter A. Metzen<br>3156 Penobscot Building<br>645 Griswold<br>Detroit, MI 48226-4105 |
| Peoples Trust Credit Union<br>24333 Lahser Road<br>Southfield MI 48033-6041 | Peoples Trust Credit Union<br>PO Box 984<br>Southfield MI 48037-0984 | Retail Services<br>Department 7680<br>Carol Stream IL 60116-0001 |
| Sears<br>Payment Center<br>PO Box 182149<br>Columbus OH 43218-2149 | Shermeta & Adams<br>PO Box 5016<br>Rochester Hills MI 48308-5016 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 |
| Verizon Wireless Customer Service<br>5175 Emerald Parkway<br>Dublin OH 43017-1067 | Michele Watson<br>42739 Pinehurst Dr<br>Clinton Township, MI 48036-1472 | Wells Fargo<br>PO BOX 250<br>Essington PA 19029-0250 |
| Wells Fargo Financial Acceptance<br>2nd Floor 13675 Technology Dr., Bldg C<br>Eden Prairie, MN 55344 | Tamara A. White<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Peoples Trust Credit Union

End of Label Matrix
Mailable recipients    26
Bypassed recipients    1
Total    27

**IN RE**  Case No.: 06-40437
Chapter 7
Judge Tucker

Michele Watson

  **Debtor**
_____/

**WALTER A. METZEN ( P49779)**
Attorney for Debtor(s)
3156 Penobscot Building
645 Griswold Street
Detroit MI 48226
(313) 962-4656
_____/

**ORDER REOPENING BANKRUPTCY CASE TO ALLOW DEBTOR TO FILE CERTIFICATION OF DOMESTIC SUPPORT SO THAT DISCHARGE ORDER MAY BE ENTERED**

  **HAVING READ AND FILED** debtor's motion filed pursuant to LBR 9014-1(a)(b) as well as Debtor's Certificate of No Response, and there being no objections having been filed in these regards,

NOW, THEREFORE, IT IS HEREBY ORDERED THE ABOVE CAPTIONED BANKRUPTCY CASE IS REOPENED FOR PURPOSES OF ALLOWING DEBTOR TO FILE CERTIFICATION OF DOMESTIC SUPPORT SO THAT DISCHARGE ORDER MAY BE ENTERED